PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. **1:20-CR-00090-DAD** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| **JAVIER GUERRERO-RIVERA,** | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A status conference was previously set for July 25, 2022.

2. By this stipulation, the above-named defendant agrees to continue this matter to August 18, 2022 at 2 p.m.

3. Newly appointed counsel for the defendant is requesting a continuance to accommodate his work load and trial schedule and obtain and review all discovery in this matter.

///

///

///

///

///

STIPULATION AND ORDER                    1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  July 21, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated:  July 21, 2022 | /s/ JEREMY MICHAEL DOBBINS<br>JEREMY MICHAEL DOBBINS<br>Counsel for Defendant<br>JAVIER GUERRERO-RIVERA |

### **ORDER**

IT IS SO ORDERED that the status conference is continued from July 25, 2022, to **August 18, 2022, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **July 21, 2022**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                        2