PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00090-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| JAVIER GUERRERO-RIVERA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A status conference was previously set for August 18, 2022.

2. By this stipulation, the above-named defendant agrees to continue this matter to September 9, 2022 at 2 p.m.

3. Defense counsel for the defendant needs additional time to discuss a potential disposition with the defendant.

///

///

///

///

///

STIPULATION                                   1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 15, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated:  August 15, 2022 | /s/ JEREMY MICHAEL DOBBINS<br>JEREMY MICHAEL DOBBINS<br>Counsel for Defendant<br>JAVIER GUERRERO-RIVERA |

**ORDER**

IT IS SO ORDERED.

DATED:     8/17/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE