1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:20-CR-00090-DAD

12 |                         Plaintiff,   | **STIPULATION**

13 |              v.

14 | JAVIER GUERRERO-RIVERA,

15 |                         Defendant.

16

17      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through defendant's counsel of record, hereby stipulate as follows:

19      1.     A status conference was previously set for September 9, 2022.

20      2.     By this stipulation, the above-named defendant agrees to continue this matter to

21 September 30, 2022 at 2 p.m.

22      3.     Defense counsel for the defendant has been trial for the past two weeks and needs

23 additional time to discuss a potential disposition with the defendant.

24 ///

25 ///

26 ///

27 ///

28 ///

IT IS SO STIPULATED.

Dated:  September 7, 2022    PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  September 7, 2022    /s/ JEREMY MICHAEL DOBBINS
JEREMY MICHAEL DOBBINS
Counsel for Defendant
JAVIER GUERRERO-RIVERA

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **September 8, 2022**

UNITED STATES MAGISTRATE JUDGE