PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER GUERRERO-RIVERA,<br><br>Defendant. | CASE NO. 1:20-CR-00090-DAD<br><br>**STIPULATION AND ORDER THEREON** |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    A Status Conference was previously set for September 30, 2022.

    2.    By this stipulation, the above-named defendant agrees to continue this matter to October 19, 2022 at 2 p.m.

    3.    Defense counsel for the defendant needs additional time to discuss a potential disposition with the defendant.

///

///

///

///

///

STIPULATION      1

IT IS SO STIPULATED.

Dated:  September 28, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  September 28, 2022

/s/ JEREMY MICHAEL DOBBINS
JEREMY MICHAEL DOBBINS
Counsel for Defendant
JAVIER GUERRERO-RIVERA

**FINDINGS AND ORDER**

The Status Conference currently set for 9/30/2022 is continued to 10/19/2022 at 2:00 pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **September 29, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE